IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. RAVENSCROFT, JR., | No. C 05-80218 MISC. |
| Plaintiff, | |
| v. | **DISMISSAL ORDER** |
| STAN SHORE, d.b.a. SHORE DEVELOPMENT GROUP and AM-CAL SERVICES, INC., | |
| Defendants. | |

    This "pleading," styled as a registration with this Court of a foreign judgment, is **DISMISSED** for want of subject-matter jurisdiction. Plaintiff's filings with the Court are delusional, fantastic gibberish. They are "so attenuated and unsubstantial as to be absolutely devoid of merit," and therefore fail to confer subject-matter jurisdiction. *See Newburyport Water Co. v. City of Newburyport*, 193 U.S. 561, 579 (1904) (holding that federal court had no federal-question jurisdiction when claims were utterly insubstantial); *see also Bailey v. Patterson*, 369 U.S. 31, 33 (1962) (holding that there was no requirement to convene three-judge panel to consider constitutionality of state statute when the constitutional issues presented was "frivolous" and "essentially fictitious"); *Hannis Distilling Co. v. City of Baltimore*, 216 U.S. 285, 288 (1910) ("[A]ssumption [of federal jurisdiction] may not be indulged in simply because it appears from the record that a federal question was averred, if such question be obviously frivolous or plainly unsubstantial, either because it is manifestly devoid of merit, or because its unsoundness so clearly results from the previous decisions of this court as to

foreclose the subject and leave no room for the inference that the questions sought to be raised can be the subject of controversy."); *Levering & Garrigues Co. v. Morrin*, 289 U.S. 103, 108 (1933) (holding that court lacked jurisdiction when federal question presented had been foreclosed by two previous decisions and therefore "no longer the subject of controversy").

For this reason, the case is **DISMISSED** for want of subject-matter jurisdiction. The Clerk is **ORDERED TO CLOSE** the case and to **DISREGARD** any future filings in this case.

**IT IS SO ORDERED.**

Dated: October 18, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE