1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

**United States District Court**
For the Northern District of California

ROBERT B. RAVENSCROFT, JR.,              No. C 05-80218 WHA (MISC.)

            Plaintiff,

    v.                                    **ORDER WITHDRAWING**
                                          **ABSTRACT OF JUDGMENT**
STAN SHORE, d.b.a. SHORE;
DEVELOPMENT GROUP and AM-CAL
SERVICES, INC.,

            Defendants.
                                    /

        An abstract of judgment was issued in error in the above-captioned case on October 21,

2005.  The Court was without subject-matter jurisdiction to issue the abstract.  The abstract of

judgment is hereby **WITHDRAWN, REVOKED**, and **DECLARED VOID** and **UNENFORCEABLE**.


        **IT IS SO ORDERED.**


Dated:  October 26, 2005              _____
                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE